UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA and THE
STATE OF NEW YORK *ex rel.* HEATH HUGHES,

    Plaintiffs,

    v.

INVERSE MEDICAL, LLC, VIP STARNETWORK
LLC, EMPASS HEALTHCARE, INC., and
JOHONNIUSS CHEMWENO,

    Defendants.

**FILED UNDER SEAL**

No. 23 Civ. 8965 (JPO)  Doc # 1

## ORDER

The United States of America (the "United States") having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the State of New York ("New York") having now declined to intervene pursuant to the New York False Claims Act, N.Y. State Fin. Law § 190(2)(f), with respect to the claims raised in the *qui tam* complaint filed by the relator in the above-captioned action,

IT IS HEREBY ORDERED THAT:

1. The complaint shall be unsealed thirty days after entry of this Order. In the event that the relator has not moved to dismiss this action, service of the *qui tam* complaint upon the defendants by the relator is authorized as of that date. If the relator voluntarily dismisses the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relator may seek to modify this Order with the consent of the United States and New York or by motion on notice to the United States and New York.

2. All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the relator's complaint, this Order, the United States' Notice of Election to Decline Intervention (the "U.S. Notice of

Decision"), and New York's Notice of Election to Decline Intervention (the "New York Notice of Decision" and together with the U.S. Notice of Decision the "Notices of Decision"). The relator will serve upon the defendants the Order and the Notices of Decision only after service of the complaint.

3. Upon the unsealing of the complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

4. The parties shall serve all pleadings and motions, and notices of appeal filed in this matter, including supporting memoranda, upon the United States and New York. The United States and New York may order any transcripts of depositions. The United States and New York may seek to intervene with respect to the allegations in the relator's complaint (or any subsequent amended complaint), for good cause, at any time, or may seek dismissal of this action after intervention.

5. All further orders of this Court in this matter shall be sent to the United States and New York by the relator.

6. Should the relator propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, the relator must solicit the written consent of the United States and New York before applying for Court approval.

SO ORDERED:

Dated: New York, New York
 July 21, 2025

_____
J. PAUL OETKEN
United States District Judge